# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Angela Selysse Madrigal,<br><br>Plaintiff,<br><br>vs.<br><br>Andrew Saul, Commissioner of Social Security<br><br>Defendant. | CASE NO. SACV 19-01569 KS<br><br>~~[PROPOSED]~~ ORDER RE: STIPULATION FOR AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Joint Stipulation for Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff be awarded One Thousand Four Hundred Dollars ($1,400), and Zero Cents in attorney fees, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and Zero Dollars and Zero Cents ($0.0) in costs, under 28 U.S.C. § 1920, subject to the terms of the stipulation.

Dated: June 9, 2021

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE